■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK HOLDRIDGE, Appellant. [665 NYS2d 598] —Judgment unanimously affirmed (*see, People v Saunders,* 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Oneida County Court, Donalty, J.—Attempted Burglary, 1st Degree.) Present—Denman, P. J., Hayes, Callahan, Doerr and Boehm, JJ.